NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BENEDICT MOHIT, Individually, and
As Trustee for Gita Nagassar Mohit
Family Trust,

   Appellant,

v.

CITY OF HAINES CITY, a Political
Subdivision of the State of Florida,

   Appellee.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D18-4387

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Polk
County; Steven L. Selph, Judge.

Benedict Mohit, pro se.

Fred Reilly, City Attorney for the City of
Haines City, Florida, Haines City, for
Appellee.

PER CURIAM.

   Affirmed.

KELLY, KHOUZAM, and BLACK, JJ., Concur.